UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROGRESSIVE EXPRESS INSURANCE COMPANY,

    Plaintiff,

v.    Case No. 8:18-cv-2318-T-33JSS

ANEPHNA TRANSPORT, INC., ET AL.,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court sua sponte. On December 26, 2018, this Court entered its Case Management and Scheduling Order containing the requirement that Plaintiff's counsel report to the Court the date, time, and location of the mediation with Peter Grilli, Esq. by January 2, 2019. (Doc. # 23). The Court established June 21, 2019, as the deadline for conducting the mediation conference.

Plaintiff has failed to comply with the Scheduling Order because it has not filed a Notice advising the Court of the date, time, and location of the mediation with Peter Grilli, Esq. Accordingly, Plaintiff shall by **January 14, 2019**, advise the Court of the date, time, and location of the mediation conference. Failure to comply with this Order will result in the entry of an order to show cause why this action should not be dismissed without prejudice for failure to prosecute.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff shall, by **January 14, 2019,** advise the Court of the date, time, and location of the mediation conference with Peter Grilli, Esq.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 8th day of January, 2019.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE